UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CAROLYN DOVE,

                Plaintiff(s)

                -against-

FGX INTERNATIONAL, INC.,

                Defendant(s).
-----------------------------------------------------------X

23 civ 6746 (JGK)

**ORDER**

The parties shall submit a 26(f) report by December 18, 2023.

The conference scheduled for November 28, 2023, is canceled.

**SO ORDERED.**

                                                            **JOHN G. KOELTL**
                                         **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         November 16, 2023