```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

CAROLYN DOVE,                                           23-cv-6746 (JGK)

                Plaintiff,                           ORDER

    - against -

FGX INTERNATIONAL, INC.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 9, 2023.

SO ORDERED.

Dated:    New York, New York
          November 27, 2023

                                          /s/ John G. Koeltl
                                            John G. Koeltl
                                       United States District Judge