UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CAROLYN DOVE,                                    23-cv-6746 (JGK)

                              Plaintiff,         ORDER

              - against -

FGX INTERNATIONAL, INC.,

                              Defendant.

---

JOHN G. KOELTL, District Judge:

    Having reviewed the parties' Rule 26(f) report, this case is

stayed pending the conclusion of mediation other than for

disclosures in connection with the mediation. The parties should

report to the Court on the status of the case within seven (7)

days of the completion of the mediation.

SO ORDERED.

Dated:      New York, New York
            December 12, 2023

                                            _____
                                                 John G. Koeltl
                                            United States District Judge